JIMMIE JONES v. STATE.

No. A-3969.   Opinion Filed Aug. 14, 1922.
(208 Pac. 1113.)

Appeal from County Court, Oklahoma County; W. R. Taylor, Judge.

Jimmie Jones was convicted of a violation of the prohibitory liquor law, and appeals. Appeal dismissed.

H. S. Hurst, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM. This is an appeal from the county court of Oklahoma county, wherein, on the 20th day of December, 1920, appellant, Jimmie Jones, was convicted of maintaining a place where intoxicating liquors were bartered, sold, given away, etc., and where people congregated for the purpose of drinking the same, and punishment fixed at a fine of $50 and imprisonment in the county jail for a period of 30 days. On the 11th day of August, 1922, counsel for plaintiff in error filed a motion to dismiss the appeal. The appeal is accordingly dismissed. Mandate forthwith.